THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-cv-00541-F

| | |
|---|---|
| In Re: ) | Bankr. No. 13-02590-8-SWH |
| SHOTWELL LANDFILL, INC., et al. ) | |
| Debtor. ) | |
| LSCG FUND 18, LLC, ) | |
| Appellant, ) | ORDER GRANTING JOINT *EX PARTE* |
| v. ) | MOTION FOR STAY OF APPEAL |
| SHOTWELL LANDFILL, INC., et al., ) | |
| Appellee. ) | |

## ORDER GRANTING JOINT *EX PARTE* MOTION FOR STAY OF APPEAL

Upon the Joint *Ex Parte* Motion for Motion for Stay of Appeal (the "Motion") filed by Appellant LSCG Fund 18, LLC ("Appellant") and Appellee Shotwell Landfill, Inc. ("Appellee," and together with Appellant, "Movants"), upon consideration of the entire file, and for good cause otherwise shown, this Court is of the opinion that the Motion should be GRANTED. It is hereby ORDERED, ADJUDGED, and DECREED that (1) the instant appeal is stayed; (2) the deadline to file Appellant reply brief is extended until February 2, 2015; (3) the deadline to file a response to Appellant's Motion to Strike Appellee's Supplement to Designation of Record on Appeal is extended until February 16, 2015; and (4) the deadline to file a response to Appellant's Motion to Strike Portions of Appellee's Brief is extended until February 16, 2015.

1

This the 13 day of November, 2014.

_James C Fox_
Senior Judge James C. Fox
United States District Court
Eastern District of North Carolina