**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**No. 5:14-cv-00541-F**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankr. No. 13-02590-8-SWH |
| SHOTWELL LANDFILL, INC., et al. | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| LSCG FUND 18, LLC, | ) | |
| | ) | |
| Appellant, | ) | ORDER GRANTING JOINT *EX PARTE* |
| | ) | MOTION FOR STAY OF APPEAL |
| v. | ) | |
| | ) | |
| SHOTWELL LANDFILL, INC., et al., | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |

### ORDER GRANTING JOINT *EX PARTE* MOTION FOR STAY OF APPEAL

Upon the Joint *Ex Parte* Motion for Motion for Stay of Appeal (the "Motion") filed by

Appellant LSCG Fund 18, LLC ("Appellant") and Appellee Shotwell Landfill, Inc. ("Appellee,"

and together with Appellant, "Movants"), upon consideration of the entire file, and for good

cause otherwise shown, this Court is of the opinion that the Motion should be GRANTED. It is

hereby ORDERED, ADJUDGED, and DECREED that (1) the instant appeal is stayed; (2) the

deadline to file Appellant reply brief is extended until September 3, 2015; (3) the deadline to file

a response to Appellant's Motion to Strike Appellee's Supplement to Designation of Record on

Appeal is extended until September 17, 2015; and (4) the deadline to file a response to

Appellant's Motion to Strike Portions of Appellee's Brief is extended until September 17, 2015.

This the ___2___th day of June, 2015.

_James C. Fox_

Senior Judge James C. Fox
United States District Court
Eastern District of North Carolina

2