THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-cv-00541-F

| | |
|---|---|
| In Re: ) | Bankr. No. 13-02590-8-SWH |
| SHOTWELL LANDFILL, INC., et al. ) | |
| Debtor. ) | |
| LSCG FUND 18, LLC, ) | |
| Appellant, ) | ORDER DISMISSING APPEAL |
| v. ) | |
| SHOTWELL LANDFILL, INC., et al., ) | |
| Appellee. ) | |

## ORDER DISMISSING APPEAL

Upon the Stipulation for Dismissal of Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8023 (the "Stipulation") filed by Appellant LSCG Fund 18, LLC ("Appellant") and Appellee Shotwell Landfill, Inc. ("Appellee," and together with Appellant, collectively, "Movants"), the Court having reviewed the entire record and the Stipulation, and finding that Movants are in agreement that dismissal should be granted with each party bearing its own attorney's fees and costs, IT IS HEREBY ORDERED, ADJUDGED, and DECREED as follows:

1) The stay entered by this Court's order on June 2, 2015 is LIFTED for the purpose of dismissing the above-captioned appeal;

2) The above-captioned appeal, Case No. 5:14-cv-00541-F, is DISMISSED; and

3) Movants shall bear their own attorney's fees and costs.

1

This the 4ʹ day of September, 2015.

                                        *James C. Fox*
                                        Senior Judge James C. Fox
                                        United States District Court
                                        Eastern District of North Carolina